# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

CESAR A. ROJAS, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 3:24-CV-04075-LJC

~~PROPOSED~~ ORDER GRANTING **IN PART** MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PERMANENT RESTRAINING ORDER

This matter is before the Court on the United States' Motion to Extend Time to Respond to the Motion for Permanent Restraining Order. For good cause shown, it is hereby ORDERED that:

1. The United States' motion is hereby GRANTED in part;

2. The Court will extend the time for the United States to respond to the Motion for Permanent Restraining Order to August 9, 2024. The Court will allow Plaintiff Greysa Ramirez the opportunity to respond to the United States' request to extend the response deadline to September 9, 2024. Ramirez's response/opposition is due no later than July 26, 2024. After the deadline for Ramirez's response/opposition, the Court will consider whether to further extend the deadline for the United States to respond to Plaintiffs' Motion for a Permanent Restraining Order to September 9, 2024.

IT IS SO ORDERED.

Dated: July 17, 2024

_____
Hon. Lisa J. Cisneros
United States Magistrate Judge

1