IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR A. ROJAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 3:24-CV-04075-TLT<br><br>~~PROPOSED~~ ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PERMANENT RESTRAINING ORDER |

This matter is before the Court on the United States' Motion to Extend Time to Respond to the Motion for Permanent Restraining Order. For good cause shown, it is hereby ORDERED that:

1. The United States' motion is hereby GRANTED;
2. The Court will extend the time for the United States to respond to the Motion for Permanent Restraining Order to September 9, 2024.

IT IS SO ORDERED.

Dated: __Aug. 9__, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Trina L. Thompson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1